## Green v. The State.

APPEAL from Order of Judge of Probate of Tuscaloosa County.

Heard before the Hon. JAMES C. BROWN.

HENRY FITTS and HENRY A. JONES, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appeal in this case is from an order of the Probate Judge of Tuscalosa County in a *habeas corpus* proceeding, denying a petition of the appellant for bail.

The order of the judge denying the petitioner bail is affirmed.

Opinion by TYSON, J.